## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 14th day of February, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Lee Watson, Esquire
*Wingfoot Commercial Tire Systems, LLC*
1000 South 21st Street
Fort Smith, AK 72901


_____
Mary E. Augustine (No. 4477)

612627v2